# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FRANKLIN T. SWINDELL, JR.,** as Personal Representative of the
**ESTATE OF ROSA MARIA MARGOTTA,** deceased,
Appellant,

v.

**JOHN WAREHAM,**
Appellee.

No. 4D21-1022

[February 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19-005999.

Harvey J. Sepler of Alvarez Gonzalez Menezes, Coral Gables, for appellant.

Sarah Lahlou-Amine of Banker Lopez Gassler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***